## PURSLEY et al. v. JONES.

No. 10253—Opinion Filed July 5, 1921.

(Syllabus.)

**Appeal and Error—Failure to File Brief—Dismissal.**

Where plaintiff in error has filed no brief as required by rule 7 of this court (47 Okla. vi. 165 Pac. vii), and given no excuse for not filing the same, it will be presumed he has abandoned his appeal, and when reached on submission the appeal will be dismissed.

Error from District Court, Grady County; Cham Jones, Judge.

Action between W. M. Pursley and another and J. C. Jones. From the judgment, the former bring error. Dismissed.

Bond, Melton & Melton, for plaintiff in error.

Barefoot & Carmichael, for defendant in error.

McNEILL, J. This is an appeal from the judgment of the district court of Grady county. The petition in error was filed in this court on September 28, 1918. The case was assigned for submission at the June, 1921, term. No briefs have been filed for the plaintiff in error. Rule 7 (47 Okla. vi, 165 Pac. vii) provides as follows:

"In each civil case filed in this court, counsel for plaintiff in error shall serve his brief on counsel for defendant in error at least forty days before the case is set for submission."

Where the plaintiff in error has failed to comply with the rule of the court, he is deemed to have waived his right to have his appeal heard in this court, and it will be presumed that said appeal has been abandoned. Baker v. Deickman, 77 Okla. 142, 187 Pac. 212.

For the reason stated, the appeal is dismissed.

PITCHFORD, V. C. J., and MILLER, ELTING, and NICHOLSON, JJ., concur.

---

## BELLIS v. CRISSMAN et al.

No. 10236—Opinion Filed July 12, 1921.

(Syllabus.)

**Appeal and Error—Failure to File Brief—Dismissal.**

When a case is pending in this court and is set for hearing on the regular printed docket and the plaintiff in error fails to file brief in compliance with rule No. 7 of this court, under said rule this court may exercise its discretion and dismiss the appeal for failure to file brief.

Error from District Court, Oklahoma County; John W. Hayson, Judge.

Action by John H. Bellis against R. M. Crissman and others to recover on a bond. A demurrer to plaintiff's evidence was sustained, and plaintiff appeals. Dismissed.

T. G. Chambers, Jr., for plaintiff in error.

G. A. Paul, for defendants in error.

MILLER, J. This action was commenced in the district court of Oklahoma county by John H. Bellis against R M. Crissman. I. B. Levy, and H. W. Pentecost, to recover on a building contractor's bond. A jury was duly impaneled and sworn to try said cause. The plaintiff introduced his evidence, and at the close of the evidence, defendants I. B. Levy and H. W. Pentecost demurred to the evidence for the reason that it was not sufficient to entitle plaintiff to recover as against defendants I. B. Levy and H. W. Pentecost, who were sureties on the bond. The court sustained the demurrer to the evidence. From this ruling of the court, the plaintiff appealed and appears here as plaintiff in error.

This cause was regularly assigned for submission on June 14, 1921, on the printed docket of this court. The plaintiff in error has failed to file a brief. No reason is given why a brief has not been filed in compliance with rule No. 7 of this court (47 Okla. vi). In re Seizure One Chevrolet, Baby Grand Auto v. State of Oklahoma, No. 10282, 82 Okla. 202, 200 Pac. 144.

This appeal is hereby dismissed, because the plaintiff in error has failed to file a brief.

PITCHFORD, V. C. J., and KANE, JOHNSON, and KENNAMER, JJ., concur.